UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELON SILVA BERNARDI <br> Plaintiff(s), <br><br> v. <br><br> PATRICIA HYDE, TODD M LYONS, US DEPARTMENT OF HOMELAND SECURITY, SECURITY, KRISTI NOEM, PAMELA BONDI, and ANTONE MONIZ <br> Defendant(s). | Civil Action No. 25-13108-JEK |

# JUDGMENT

**KOBICK, D.J.**

☐  Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒  Decision by the Court: In accordance with the Court's Electronic Order dated October 30, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Elon Silva Bernardi.

Dated: November 7, 2025

/s/ Haley Currie

Deputy Clerk